IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**WILLIE JAMES FLANDERS,**

    **Petitioner,**

v.                                       Case No. 1:23-cv-4-AW-MJF

**SECRETARY, DEP'T OF CORRECTIONS,**

    **Respondent.**

_____/

## **FINAL ORDER**

    Willie James Flanders petitioned for relief under § 2254. The Secretary responded with a motion to dismiss, contending the petition should be dismissed as time-barred. ECF No. 13. The magistrate judge then issued a report and recommendation, concluding the motion should be granted. ECF No. 15. There has been no objection to the report and recommendation.

    Having carefully considered the matter, I agree with the magistrate judge. The petition is time-barred. I now adopt the report and recommendation and incorporate it into this order.

    The Secretary's motion to dismiss (ECF No. 13) is GRANTED. The clerk will enter a judgment that says, "The § 2254 petition is dismissed with prejudice as time-barred." A certificate of appealability is DENIED.

    The clerk will close the file.

1

SO ORDERED on August 3, 2023.

                                                      s/ *Allen Winsor*
                                                      United States District Judge